No. 03–9057. HOOD v. DOTSON, WARDEN. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. 

No. 03M58. BAUTISTA v. LOCKYER, ATTORNEY GENERAL OF CALIFORNIA, ET AL.;

No. 03M59. SULLIVAN v. UNITED STATES; and

No. 03M61. JAMES v. ALLEN, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION AT CEDAR JUNCTION. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 03M60. CREVELING v. MOHAVE COUNTY, ARIZONA, ET AL. Motion for leave to proceed *in forma pauperis* with the declaration of indigency under seal denied.

No. 03–475. CHENEY, VICE PRESIDENT OF THE UNITED STATES, ET AL. v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Motion of respondent Judicial Watch, Inc., for divided argument granted.

No. 03–724. F. HOFFMANN-LA ROCHE LTD ET AL. v. EMPAGRAN S. A. ET AL. C. A. D. C. Cir. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 03–8748. RAAFLAUB v. GRIEVANCE ADMINISTRATOR, ATTORNEY GRIEVANCE COMMISSION OF MICHIGAN. Sup. Ct. Mich. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until April 26, 2004, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.